UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LEWIS VINTON, III,

    Plaintiff,

v

FIRST DATA MERCHANT
SERVICES,

    Defendant.
_____/

Case No. 1:10-cv-312

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objection (Dkt 18) is DENIED and the Report and Recommendation (Dkt 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt 8) is GRANTED and Plaintiff's Complaint (Dkt 1) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C § 1915(a) that an appeal of the Judgment would not be taken in good faith.


Date: February 17, 2011

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge